Cardillo & Corbett
Attorneys for Plaintiff
MARVEL INTERNATIONAL MANAGEMENT
AND TRANSPORTATION CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARVEL INTERNATIONAL MANAGEMENT
AND TRANSPORTATION CO., LTD.,

                Plaintiff,   :   **ECF**
                                       :   **RULE 7.1 STATEMENT**
      -against-

BELARUSIAN SHIPPING COMPANY a/k/a
BELARUSSIAN SHIPPING COMPANY,
EURASIA SHIPPING COMPANY LLP,
RIMEX LIMITED, C/GT GROUP LIMITED,
and DEKKER LIMITED,

                Defendants.
------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           June 13, 2008

                                        CARDILLO & CORBETT
                                        Attorneys for Plaintiff,
                                        MARVEL INTERNATIONAL MNG

                By: _/s/ Tulio R. Prieto_
                       Tulio R. Prieto (TP 8455)