*LEISURE, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARVEL INTERNATIONAL MANAGEMENT          :
AND TRANSPORTATION CO., LTD.,            :
                                         :  **ECF**
                       Plaintiff,        :  **ORDER FOR PROCESS**
                                         :  **OF MARITIME ATTACHMENT**
           -against-                     :  08 Civ. 5421 *(PKL)*
                                         :
BELARUSIAN SHIPPING COMPANY a/k/a        :
BELARUSSIAN SHIPPING COMPANY,            :
EURASIA SHIPPING COMPANY LLP,            :   ┌────────────────────────────┐
RIMEX LIMITED, C/GT GROUP LIMITED,       :   │ **USDC SDNY**              │
and DEKKER LIMITED,                      :   │ **DOCUMENT**               │
                                         :   │ **ELECTRONICALLY FILED**   │
                       Defendants.       :   │ DOC #: _____            │
------------------------------------x    │ DATE FILED: 06·16·08       │
                                             └────────────────────────────┘

      **WHEREAS**, on June 16, 2008, Plaintiff, MARVEL

INTERNATIONAL MANAGEMENT AND TRANSPORTATION CO., LTD., filed a

Verified Complaint herein for damages amounting to $63,785.47

inclusive of interest and praying for the issuance of Process

of Maritime Attachment and Garnishment pursuant to Rule B of

the Supplemental Rules for Certain Admiralty and Maritime

Claims of the Federal Rules and Civil Procedure; and

      **WHEREAS**, the Process of Maritime Attachment and

Garnishment would command that the United States Marshal or

other designated process server attach any and all of the

Defendant's property within the District of this Court; and

      **WHEREAS**, the Court has reviewed the Verified

Complaint and the Supporting Affidavit, and the conditions of

Supplemental Rule B appearing to exist, it is hereby

      **ORDERED**, that Process of Maritime Attachment and

Garnishment shall issue against all tangible or intangible
property belonging to, claimed by or being held for the
Defendants by any garnishees within this District, including
but not limited to, ABN Amro Bank NV, American Express Bank,
Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank
of Communications Co. Ltd. New York Branch, Bank of India, Bank
of New York, Barclays Bank, BNP Paribas, Calyon, Citibank,
Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase,
Standard Chartered Bank, State Bank of India, Societe Generale,
UBS AG and/or Wachovia Bank, in an amount up to and including
$63,785.47, pursuant to Rule B of the Supplemental Rules for
Certain Admiralty and Maritime Claims of the Federal Rules of
Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the
property attached or garnished pursuant to said order shall,
upon application to the Court, be entitled to a prompt hearing
at which the Plaintiff shall be required to show cause why the
attachment and garnishment should not be vacated or other
relief granted; and it is further

**ORDERED** that supplemental process enforcing the
Court's Order may be issued by the Clerk upon application
without further Order of the Court; and it is further

**ORDERED** that following initial service by the United
States Marshal or other designated process server upon each

2

garnishee, that supplemental service of the Process of Maritime
Attachment and Garnishment, as well as this Order, may be made
by way of facsimile transmission or other verifiable electronic
means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described
above is deemed effective continuous service throughout the day
from the time of such service through the opening of the
garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil
Procedure 5(b)(2)(D) each garnishee may consent to accept
service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and
served with said Process of Maritime Attachment and
Garnishment.

Dated: New York, New York
        June _11_, 2008

                              **SO ORDERED:**

                              Peter K. Leisure
                              U.S.D.J.

3