LEISURE, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARVEL INTERNATIONAL MANAGEMENT  :
AND TRANSPORTATION CO., LTD.,    :
                                 :   ECF
              Plaintiff,         :   ORDER APPOINTING
                                 :   PERSON TO SERVE
     -against-                   :   PROCESS
                                 :   08 Civ. 5421 (PKL)
BELARUSIAN SHIPPING COMPANY a/k/a :
BELARUSSIAN SHIPPING COMPANY,    :
EURASIA SHIPPING COMPANY LLP,    :
RIMEX LIMITED, C/GT GROUP LIMITED, :
and DEKKER LIMITED,              :
                                 :
              Defendants.        :
------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 06 16 08

Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Tulio R. Prieto, sworn to June 13, 2008, and good cause having been shown,

IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendants herein and upon the garnishees.

Dated: New York, New York
       June 16, 2008



United State District Judge