Cardillo & Corbett
Attorneys for Plaintiff
MARVEL INTERNATIONAL MANAGEMENT
AND TRANSPORTATION CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MARVEL INTERNATIONAL MANAGEMENT       :
AND TRANSPORTATION CO., LTD.,          :
                                       :  **ECF**
                    Plaintiff,         :  **AFFIDAVIT PURSUANT**
                                       :  **TO SUPPLEMENTAL**
           -against-                   :  **RULE B**
                                       :  08 Civ. *5421 (PKL)*
BELARUSIAN SHIPPING COMPANY a/k/a      :
BELARUSSIAN SHIPPING COMPANY,          :
EURASIA SHIPPING COMPANY LLP,          :
RIMEX LIMITED, C/GT GROUP LIMITED,     :
and DEKKER LIMITED,                    :
                                       :
                    Defendants.        :
----------------------------------------x


STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )


          TULIO R. PRIETO, being duly sworn, deposes and

says:

          1.   I am a member of the Bar of this Court and a

member of the firm of Cardillo & Corbett, attorneys for the

Plaintiff herein.  I am familiar with the facts of this case

and make this affidavit in support of Plaintiff's prayer for

the issuance of a Writ of Maritime Attachment and Garnishment,

pursuant to Rule B of the Supplemental Rules for Certain
Admiralty and Maritime Claims of the Federal Rules of Civil
Procedure.

    2.   I have attempted to locate the defendants,
BELARUSIAN SHIPPING COMPANY a/k/a BELARUSSIAN SHIPPING COMPANY
("Belarusian"), EURASIA SHIPPING AND PORT SERVICES LLP
("Eurasia"), RIMEX LIMITED ("Rimex"), C/GT GROUP LIMITED ("C/GT
Group") and DEKKER LIMITED ("Dekker") ("Defendants"), within
this District.  As part of my investigation to locate the
Defendants within this District, I examined the telephone
company information directory, as well as the white and yellow
pages of New York listed on the Internet or World Wide Web, and
did not find any listing for the Defendant.

    3.   The database of the office of the New York State
Secretary of State was searched to determine if Defendants are
qualified to do business in New York, without result.

    4.   On information and belief, Belarusian was, and
still is, a foreign business entity organized and existing
under the laws of a foreign country with an address at 220005,
3-408 V.Khoruzhey Str. Minsk, Republic of Belarus.  Upon
information and belief, Belarusian is also known as Belarussian
Shipping Company.

    5.   On information and belief, Eurasia was, and
still is, a foreign business entity organized and existing

under the laws of a foreign country with an address at 4

Meadowbank, Primrose Hill Road, London NW3 SAY, United Kingdom.

6.    On information and belief, Rimex was, and still

is, a foreign business entity organized and existing under the

laws of a foreign country with an address at Level 5, 369 Queen

St., Auckland, New Zealand.

7.    On information and belief, C/GT Group was, and

still is, a foreign business entity organized and existing

under the laws of a foreign country with an address at Level 5,

369 Queen St., Auckland, New Zealand.

8.    On information and belief, Dekker was, and still

is, a foreign business entity organized and existing under the

laws of a foreign country with an address at Level 5, 369 Queen

St., Auckland, New Zealand.

9.    In consequence of these inquiries your deponent

believes that the Defendants cannot be found within the

Southern District of New York.

10.    Upon information and belief, Defendants have, or

will have during the pendency of this action, tangible and

intangible property within the District in the hands of

garnishees including, but not limited to, ABN Amro Bank NV,

American Express Bank, Banco Popular, Bank Leumi, Bank of

America, Bank of China, Bank of Communications Co. Ltd. New

York Branch, Bank of India, Bank of New York, Barclays Bank,

BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC

(USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, State Bank of India, Societe Generale, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

a) accounts in the name of BELARUSIAN SHIPPING COMPANY, and/or BELARUSSIAN SHIPPING COMPANY, and/or EURASIA SHIPPING AND PORT SERVICES LLP, and/or RIMEX LIMITED, and/or C/GT GROUP LIMITED, and/or DEKKER LIMITED, or

b) electronic funds transfers listing BELARUSIAN SHIPPING COMPANY, and/or BELARUSSIAN SHIPPING COMPANY, and/or EURASIA SHIPPING AND PORT SERVICES LLP, and/or RIMEX LIMITED, and/or C/GT GROUP LIMITED, and/or DEKKER LIMITED, as a beneficiary of the funds transfer, or

c) electronic funds transfers showing BELARUSIAN SHIPPING COMPANY, and/or BELARUSSIAN SHIPPING COMPANY, and/or EURASIA SHIPPING AND PORT SERVICES LLP, and/or RIMEX LIMITED, and/or C/GT GROUP LIMITED, and/or DEKKER LIMITED, as the remitting party or ordering customer.

11. This is Marvel International Management and Transportation Co., Ltd.'s first request for this relief.

WHEREFORE, MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION CO., LTD. respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of BELARUSIAN SHIPPING COMPANY, a/k/a BELARUSSIAN SHIPPING COMPANY, EURASIA SHIPPING AND PORT SERVICES LLP, RIMEX LIMITED, C/GT GROUP LIMITED and DEKKER LIMITED,'s tangible and

intangible property within this District.

_____
TULIO R. PRIETO

Sworn to before me this
13th day of June, 2008

_____
NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011